UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
KATHRYN CANOY BROWER                    CASE NO. 20-10120
1451 MADISON ST                         JUDGE BENJAMIN A. KAHN
HIGH POINT, NC  27262

       DEBTOR

SSN(1) XXX-XX-0809                      DATE: 10/06/2020

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AARON'S RENTAL<br>3021 N MAIN ST STE 103<br>HIGH POINT, NC  27265 | $0.00<br>INT: .00%<br>NAME ID: 182388<br>CLAIM #: 0014 | (S) SECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| AARON'S RENTAL<br>3021 N MAIN ST STE 103<br>HIGH POINT, NC  27265 | $0.00<br>INT: .00%<br>NAME ID: 182388<br>CLAIM #: 0015 | (S) SECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| BRIDGECREST CREDIT COMPANY LLC<br>P O BOX 29018<br>PHOENIX, AZ  85038-9018 | $18,818.17<br>INT: 6.75%<br>NAME ID: 159564<br>CLAIM #: 0004 | (V) VEHICLE-SECURED<br><br>ACCT: 4501<br>COMMENT: 18JEEP |
| DAVIDSON WATER INC<br>P O BOX 969<br>WELCOME, NC  27374 | $0.00<br>INT: .00%<br>NAME ID: 15960<br>CLAIM #: 0007 | (U) UNSECURED<br>NOT FILED<br>ACCT: 0616<br>COMMENT: |
| DIRECTV LLC<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 5008<br>CAROL STREAM, IL  60197-5008 | $219.81<br>INT: .00%<br>NAME ID: 161488<br>CLAIM #: 0013 | (U) UNSECURED<br><br>ACCT: 2947<br>COMMENT: 320A |
| GUILFORD CO TAX DEPT<br>P O BOX 3328<br>GREENSBORO, NC  27402 | $0.00<br>INT: .00%<br>NAME ID: 10590<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 0809<br>COMMENT: OC |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $4,713.12<br>INT: .00%<br>NAME ID: 158804<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 8513<br>COMMENT: 620TFCL |

PAGE 2 - CHAPTER 13 CASE NO. 20-10120

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---:|---|
| LENDMARK FINANCIAL SERVICES LLC<br>2118 USHER ST<br>COVINGTON, GA  30014 | $7,681.28<br>INT:  .00%<br>NAME ID:  157722<br>CLAIM #:  0009 | (U) UNSECURED<br><br>ACCT:  3453<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $510.13<br>INT:  .00%<br>NAME ID:  43307<br>CLAIM #:  0006 | (U) UNSECURED<br><br>ACCT:  2268<br>COMMENT:  CREDIT ONE BANK |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID:  9699<br>CLAIM #:  0003 | (P) PRIORITY<br>NOT FILED<br>ACCT:  0809<br>COMMENT:  OC |
| NATIONAL FINANCE COMPANY INC<br>% LYNDON SOUTHERN INS<br>151 PINNACLE PL<br>LITTLE RIVER, SC  29566 | $2,233.36<br>INT:  .00%<br>NAME ID:  167021<br>CLAIM #:  0010 | (U) UNSECURED<br><br>ACCT:  2012<br>COMMENT: |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>SADINO FUNDING LLC<br>P O BOX 788<br>KIRKLAND, WA  98083 | $3,907.88<br>INT:  .00%<br>NAME ID:  143344<br>CLAIM #:  0008 | (U) UNSECURED<br><br>ACCT:  2788<br>COMMENT:  FINGERHUT |
| SANTANDER CONSUMER USA INC<br>CHRYSLER CAPITAL<br>P O BOX 961278<br>FORT WORTH, TX  76161 | $10,259.13<br>INT:  .00%<br>NAME ID:  168314<br>CLAIM #:  0005 | (U) UNSECURED<br><br>ACCT:  0004<br>COMMENT: |
| WAKE FOREST BAPTIST HEALTH<br>MEDICAL CENTER BLVD<br>WINSTON SALEM, NC  27157 | $0.00<br>INT:  .00%<br>NAME ID:  152268<br>CLAIM #:  0012 | (U) UNSECURED<br>NOT FILED<br>ACCT:  1679<br>COMMENT: |
| **TOTAL:** | **$48,342.88** | |
| STAN H DICK ESQ<br>AUSTIN & DICK PLLC<br>1403 EASTCHESTER DR #101<br>HIGH POINT, NC  27265 | $4,285.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

    The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

    Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

    If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  10/06/2020

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtor
     Attorney for Debtor - Electronic Notice